JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 23-8225-GW-PVCx | Date | November 21, 2023 |
|---|---|---|---|
| Title | *Tamerlane Timur Bey, II v. Turo, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER**

The Court dismisses this action without prejudice, for reasons stated in the October 16, 2023 Order (ECF No. 7) and upon Plaintiff's failure to file an amended complaint.

| | : |
|---|---|
| Initials of Preparer | JG |